```
              UNITED STATES DISTRICT COURT
                        FOR THE
                MIDDLE DISTRICT OF PENNSYLVANIA
```

DOROTHY M. SCHWARTZ,              :
                                  :
      Plaintiff                   :       No. 3:12-CV-01070
                                  :
   vs.                          :       (Judge Kane)
                                  :
CAROLYN W. COLVIN, ACTING         :
COMMISSIONER OF SOCIAL            :
SECURITY,                         :
                                  :
      Defendant                   :

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of the Commissioner and against Dorothy M. Schwartz as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Dorothy M. Schwartz disability insurance benefits and supplemental security income benefits is affirmed.

3. The Clerk of Court shall close this case.

                               S/ Yvette Kane
                               Yvette Kane, District Judge
                               United States District Court
                               Middle District of Pennsylvania

Date: January 23, 2014